IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO. 7:11-cv-98-FL

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) G.R. HAMMONDS ROOFING, INC., and G.R. HAMMONDS, INC., ) ) ) ) ) Defendants. ) | **ORDER** |

This matter having come before the Court upon the parties' Joint Motion to Consolidate in the above-captioned lawsuit, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that this action be consolidated with the action now pending before this Court captioned *"Harleysville Mutual Insurance Company v. G.R. Hammonds Roofing, Inc.* et al.", Civil Action No. 7:11-CV-187-FL, with all future documents to be filed under Civil Action No. 7:11-CV-187, and that the consolidated action be controlled by the Case Management Order entered in Civil Action No. 7:11-CV-187. [D.E. 72; 7:11-CV-187-FL].

SO ORDERED, this the 24 day of October, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge